IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYAN PATRICK DIXON,

      Plaintiff,

v.                                          4:14cv113-WS

D. PAGARIGAN, et al.,

      Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed May 22, 2014.  See Doc. 9.  The magistrate judge recommends that this action be transferred to the Middle District of Florida.  The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court

for the Middle District of Florida, Jacksonville Division, for all further

proceedings.

DONE AND ORDERED this ___26th___ day of ____June____, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE